SHAREEF S. FARAG, Bar No. 251650
DIAMOND M. HICKS, Bar No. 287300
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: sfarag@bakerlaw.com
dhicks@bakerlaw.com

Attorneys for Defendant TEMPRO SERVICES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PELLEGRINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUYSSEN, INCORPORATED, a California corporation, dba SEDONA STAFFING; TEMPRO, INC., a Delaware corporation; L.A. LEASING, INC., an Illinois corporation; and DOES 3 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00135 CAB-JMA<br><br>**TEMPRO SERVICES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2 of the United States District Court for the Southern District of California, Defendant Tempro Services, Inc. states as follows:

Tempro Services, Inc. is wholly owned by John Enterprises Limited an Illinois corporation.

Dated:  February 15, 2017          Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Shareef S. Farag*
        Shareef S. Farag
        Email: sfarag@bakerlaw.com
        Diamond Hicks
        Email: dhicks@bakerlaw.com

Attorneys for Defendant TEMPRO SERVICES, INC.

# PROOF OF SERVICE

I, S. Suzuki, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On February 15, 2017, I served a copy of the within document(s): **TEMPRO SERVICES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☑ by electronic mail by the U.S. District Court CM/ECF – Live System to the email address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a [service company] agent for delivery.

Craig M. Nicholas                    Email: cnicholas@nicholaslaw.org
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
(619) 325-0492
(619) 325-0496

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on February 15, 2017, at Los Angeles, California.

_____
S. Suzuki