**GLICK LAW GROUP, P.C.**
  Noam Glick (SBN 251582)
  Kelsey McCarthy (SBN 305372)
225 Broadway, Suite 2100
San Diego, California 92101
Telephone:  (619) 382-3400
Facsimile:   (619) 615-2193

Attorneys for Plaintiff
WILLIAM PELLEGRINI

**BAKER & HOSTETLER LLP**
  Shareef S. Farag (SBN 251650)
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025
Email: sfarag@bakerlaw.com
Telephone: (310)820-8800
Facsimile: (310) 820-8859

Attorney for Defendants
HUYSSEN, INCORPORATED, TEMPRO SERVICES, INC., and L.A. LEASING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PELLEGRINI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br>HUYSSEN, INCORPORATED, a California corporation, dba SEDONA STAFFING; TEMPRO, INC., a Delaware corporation; L.A. LEASING, INC., an Illinois corporation; and DOES 3 through 100, inclusive; | CASE NO.:  3:17-cv-00135-CAB-JMA<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Magistrate**:  Hon. Jan M. Adler<br>**Judge**:  Hon. Cathy A. Bencivengo<br><br>**Action Filed**: July 1, 2016 |

TO THE CLERK OF THE COURT, UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

Please take notice that Plaintiff and Defendant have reached a settlement in this matter. The parties will be filing a Joint Request for Dismissal upon effectuating the terms of the settlement. The Parties anticipate filing the Joint Request for Dismissal within the next thirty (30) days. In the meantime, the Parties respectfully request that this matter be stayed in its entirety.

Respectfully submitted:

Dated: October 3, 2017　　　　　　　**GLICK LAW GROUP, P.C.**

　　　　　　　　　　　　　　　　　　By:　*/s/ Noam Glick*
　　　　　　　　　　　　　　　　　　　　　Noam Glick
　　　　　　　　　　　　　　　　　　　　　Kelsey McCarthy

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　FLORA ARMENTA


**BAKER & HOSTETLER LLP**

　　　　　　　　　　　　　　　　　　By:　*/s/ Shareef S. Farag*
　　　　　　　　　　　　　　　　　　　　　Shareef S. Farag

　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　HUYSSEN, INCORPORATED,
　　　　　　　　　　　　　　　　　　　　TEMPRO SERVICES, INC., and L.A.
　　　　　　　　　　　　　　　　　　　　LEASING, INC.