| | |
|---|---|
| 1 | **NICHOLAS & TOMASEVIC, LLP** |
| 2 | Craig M. Nicholas (SBN 178444) |
| | Alex Tomasevic (SBN 245598) |
| 3 | Lacy Wells (SBN 306496) |
| | 225 Broadway, 19th Floor |
| 4 | San Diego, California 92101 |
| | Telephone: (619) 325-0492 |
| 5 | Facsimile: (619) 325-0496 |

**NICHOLAS & TOMASEVIC, LLP**
  Craig M. Nicholas (SBN 178444)
  Alex Tomasevic (SBN 245598)
  Lacy Wells (SBN 306496)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496

**GLICK LAW GROUP, P.C.**
  Noam Glick (SBN 251582)
  Kelsey McCarthy (SBN 305372)
225 Broadway, Suite 2100
San Diego, California 92101
Telephone: (619) 382-3400
Facsimile: (619) 615-2193

Attorneys for Plaintiff

**BAKER HOSTETLER**
  Shareef Farag (SBN 251650)
11601 Wilshire Blvd, Ste. 1400
Los Angeles, CA 90025-0509
Tel: (310) 979-8472
Fax: (310) 820-8859

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PELLEGRINI, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HUYSSEN, INCORPORATED, a California corporation, dba SEDONA STAFFING; TEMPRO, INC., a Delaware corporation; L.A. LEASING, INC., an Illinois corporation; and DOES 3 through 100, inclusive; <br><br> Defendants. | CASE NO.: 3:17-cv-00135-CAB-JMA <br><br> **JOINT MOTION FOR DISMISSAL** <br><br> **Judge**: Hon. Cathy A. Bencivengo <br> **Magistrate**: Hon. Jan M. Adler <br><br> **Action Filed**: July 1, 2016 |

17-cv-00135-CAB-JMA

JOINT MOTION FOR DISMISSAL

Plaintiff WILLIAM PELLEGRINI ("Plaintiff") and Defendants HUYSSEN, INC., TEMPRO, INC., and L.A. LEASING, INC. (Defendants") respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Pursuant to the Magistrate's Order of October 5, 2017 (Doc. No. 35) Plaintiff and Defendants hereby jointly move to dismiss, WITH prejudice, all of Plaintiff's individual claims in the complaint against Defendant, and to dismiss, WITHOUT prejudice, all class, collective and representative claims in the complaint against Defendants.

While this case was initially pled as a putative class action, no class has ever been certified in this case. Each party shall bear and remain responsible for its own respective costs and fees, including any attorney's fees.

Respectfully submitted:

Dated: October 27, 2017           **GLICK LAW GROUP, P.C.**

                                  By:   /s/ Noam Glick
                                        Noam Glick

                                        Attorneys for Plaintiff

DATED: October 26, 2017           **BAKER HOSTETLER**

                                  By:   /s/ Shareef Farag
                                        Shareef Farag

                                        Attorneys for Defendants
                                        Huyssen, Inc., L.A. Leasing, Inc., and
                                        Tempro, Inc.