UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PELLEGRINI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUYSSEN, INCORPORATED, d/b/a SEDONA STAFFING et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:17-cv-00135-CAB-JMA<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 36] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 36], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

　　It is **SO ORDERED**.

Dated: October 27, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge